FILED

05/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0282

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0282

_____

IN RE THE PARENTING OF
D.I.B., a Minor Child,

NICHOLAS R. BRACCIALE,

     Petitioner and Appellant,

      v.

GAIL A. SULLIVAN, f/k/a GAIL ANN INGELS,

     Respondent and Appellee.

O R D E R

_____

Counsel for Appellee has filed a Motion for Order of Recusal requesting that Justice Gustafson recuse herself from participating in the decision of the captioned matter.

Briefing has not yet begun in this matter; thus, the appeal has not yet been sent up to the Court for consideration nor has a panel been assigned. Justice Gustafson will not be on the panel that considers the appeal.

IT IS ORDERED that the Motion for Order of Recusal is DENIED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 29 2020